UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOE GRACE,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:15-cr-00228-JTN-2

## ORDER OF DETENTION

Defendant appeared before the undersigned judicial officer on January 7, 2016, with appointed counsel for an arraignment, initial pretrial conference, and detention hearing on the indictment, charging him conspiracy to distribute cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C). Defendant is in federal custody on a Writ of Habeas Corpus ad Prosequendum from the Michigan Department of Corrections. Upon advice of counsel, defendant waived his right to a detention hearing, reserving the right to a hearing at a later date, should the circumstances relating to his state matter change.

Accordingly, **IT IS ORDERED** that defendant be remanded to the custody of the United States Attorney General pending further proceedings in this case.

IT IS SO ORDERED.

Date: January 7, 2016

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge